**Lisa A. Kaner, OSB #88137**
LisaKaner@MHMG.com
**J. Matthew Donohue, OSB #06574**
MattDonohue@MHGM.com
MARKOWITZ, HERBOLD, GLADE
 & MEHLHAF, P.C.
Suite 3000 Pacwest Center
1211 SW Fifth Avenue
Portland, OR  97204
Tel:  (503) 295-3085
Fax:  (503) 323-9105

    Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CROWNE GOLD, INC., a Nevada corporation, MICHAEL NEAL, JIM SCHILLING,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>EVOLUTION MARKET GROUP, INC., a Panama corporation, COLUMBO ASSET MANAGEMENT, INC., a Panama corporation, ZENTRUM BIZ, INC., a Panama corporation, OCEANIA, S.A., a Panama corporation, GERMAN CARDONA, LINA MARIA MANTILLA GRANDE, CASS WEILAND,<br><br>                    Defendants. | CV No.: 08-1045-AC<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>**By Plaintiffs** |

///

///

///

///

///

Page 1 -  NOTICE OF DISMISSAL WITH PREJUDICE

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby give notice that their claims against all defendants are dismissed with prejudice and without costs to any party.

  DATED this 26th day of November, 2008.

          MARKOWITZ, HERBOLD, GLADE
           & MEHLHAF, P.C.


        By: */s/ Lisa A. Kaner*
           Lisa A. Kaner, OSB #88137
           LisaKaner@MHMG.com
           J. Matthew Donohue, OSB #06574
           MattDonohue@MHGM.com
           (503) 295-3085
           Of Attorneys for Plaintiffs

CROWEV\168631

**Page 2 -   NOTICE OF DISMISSAL WITH PREJUDICE**