FILED' 08 DEC 09 10:58USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CROWNE GOLD, INC., a Nevada
corporation, MICHAEL NEAL, JIM
SCHILLING,

          Plaintiffs,

vs.

EVOLUTION MARKET GROUP, INC.,
a Panama corporation, COLUMBO ASSET
MANAGEMENT, INC., a Panama
corporation, ZENTRUM BIZ, INC., a
Panama corporation, OCEANIA, S.A., a
Panama corporation, GERMAN
CARDONA, LINA MARIA MANTILLA
GRANDE, CASS WEILAND,

          Defendants.

Civ. No. 08-1045-AC

JUDGMENT OF
DISMISSAL

ACOSTA, Magistrate Judge:

      Based on the Notice of Dismissal with Prejudice (#18) filed by Plaintiffs on November 26, 2008, the court finds the case has been fully compromised and settled. Accordingly,

IT IS ORDERED and ADJUDGED that: (1) this action is DISMISSED with prejudice and without costs to any party; (2) pending motions, if any, are DENIED as moot; and (3) all scheduling dates shall be vacated and stricken from the calendar.

DATED this 8th day of December, 2008.

_____
JOHN V. ACOSTA
United States Magistrate Judge